David A. Hill, Jr., Ford & Paulekas, LLP
280 Trumbull Street, Hartford, CT 06103 (860) 527-0400

08 CIV. 7282

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW ENGLAND STONE, LLC, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | JUDGE ROBINSON |
| GEORGE A. FULLER CO., INC., LC MAIN, LLC, and SAFECO INSURANCE COMPANY OF AMERICA | AUGUST 12, 2008 |

## DISCLOSURE STATEMENT PURSUANT
## TO FED. R. CIV. P. 7.1

Now comes the Plaintiff, New England Stone, LLC (the "Plaintiff"), by and through its counsel, David A. Hill, Jr., of Ford & Paulekas, LLP, and hereby respectfully discloses pursuant to Fed. R. Civ. P. 7.1 that there is no corporation or entity that holds ten percent (10%) or more of the stock or equity of the Plaintiff.

                                                           THE PLAINTIFF,
                                                           NEW ENGLAND STONE, LLC

                                                     By: _____
                                                           David A. Hill, Jr.
                                                           dh5561
                                                           of Ford & Paulekas, LLP
                                                           280 Trumbull Street
                                                           Hartford, CT 06103
                                                           (860) 527-0400
                                                           (860) 249-7500 (Fax)
                                                           dhill@fpllp.com